NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BENJAMIN GAL-OR,**
*Plaintiff-Appellant,*

v.

**UNITED STATES,**
*Defendant-Appellee.*

---

2011-5122

---

Appeal from the United States Court of Federal Claims in case no. 09-CV-869, Judge Eric G. Bruggink.

---

## ON MOTION

---

## ORDER

Benjamin Gal-Or moves for leave to conduct appeal conferences pursuant to Fed. R. App. P. 33 and Fed. Cir. R. 33.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are denied.

FOR THE COURT

DEC 1 5 2011
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Benjamin Gal-Or
    Scott D. Slater, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 1 5 2011

JAN HORBALY
CLERK